✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |
| ADEDOTUN R. ADETUTU | Case No.    4:26-po-13-AGH |
| | USM No. |

_____
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA 40-6-181 | Excessive Speeding reduced to Speeding 48/35 | | 1 |
| | | | |

☐   Count(s) _____    ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $   30.00 | $   125.00 |

Last Four Digits of Defendant's  Soc. Sec. No.:    5391

Defendant's Year of Birth:    1986

City and State of Defendant's Residence:
Midland, GA

04/28/2026
_____
Date of Imposition of Judgment

s/ Amelia G. Helmick
_____
Signature of Judge

US Magistrate Judge
_____
Name and Title of Judge

04/28/2026
_____
Date